■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN GONZALEZ, Appellant. [661 NYS2d 50] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered April 13, 1995, convicting him of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the court properly considered the defendant's prior arrest in sentencing him. It

was within the court's discretion to consider the defendant's prior criminal history, including crimes for which he has never been tried or convicted *(see, Williams v New York,* 337 US 241; *People v Cunningham,* 153 AD2d 700; *People v Shapiro,* 141 AD2d 577)*, as long as the information regarding such crimes was reliable and accurate *(see, Townsend v Burke,* 334 US 736; *People v Outley,* 80 NY2d 702; *People v Villanueva,* 144 AD2d 285).

The defendant's remaining contentions are without merit. Bracken, J. P., Copertino, Altman and Florio, JJ., concur.